# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3022
_____

Larken Alexander,

*Plaintiff - Appellant,*

v.

Chrysler Motors,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 7, 2014
Filed: July 14, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Larken Alexander appeals the district court's[1] dismissal of his complaint asserting employment-discrimination claims under Title VII of the Civil Rights Act

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

of 1964 (Title VII) and the American with Disabilities Act (ADA) against his former employer, Chrysler Motors. Upon de novo review, we conclude that the district did not err in granting Chrysler's motion to dismiss Alexander's complaint, based on his failure to file a timely discrimination charge with the Equal Employment Opportunity Commission (EEOC). See 42 U.S.C. § 2000e-5(e)(1) (under Title VII, EEOC charge must be filed within 180 days of when alleged unlawful employment practice occurred; 300-day filing period applies if person initially instituted state or local agency proceedings); 42 U.S.C. § 12117(a) (§ 2000e-5 applies to ADA); Nat'l R.R. Passenger Corp. v. Morgan, 536 U.S. 101, 109-110 (2002) (timely EEOC charge is mandatory). Accordingly, we affirm. See 8th Cir. R. 47B.

_____